IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNOR A. DAVIS,

    Petitioner,                    No. CIV S-11-2831 JAM DAD P

    vs.

COLUSA COUNTY JAIL, et al.,

    Respondents.                ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel in light of the court's pending recommendation that this action be summarily dismissed. See Doc. No. 10. Accordingly, IT IS HEREBY ORDERED that petitioner's November 28, 2011 motion for appointment of counsel (Doc. No. 12) is denied.

DATED: December 2, 2011.

DAD:mp/4
davi2831.110

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1