IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNOR A. DAVIS,

    Petitioner,          No. CIV S-11-2831 JAM DAD P

    vs.

COLUSA COUNTY JAIL

    Respondent.         ORDER

_____/

       On February 10, 2012, petitioner filed a document with the court styled as a "Motion to Add." This habeas action was closed on January 31, 2012 based upon the court's determination that it plainly appeared from the face of the petition that petitioner was not entitled to relief pursuant to 28 U.S.C. § 2254. Petitioner is advised that documents filed by him after the closing date will be disregarded and no orders will issue in response to future filings.

       The Clerk of the Court is directed to mail a copy of this order to petitioner at the following address: Connor Davis #004620, Napa State Hospital, 2100 Napa Valley Highway, Napa, CA 94558.

DATED: April 19, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
davi2831.158